

Littler Mendelson, P.C.
One Newark Center
8th Floor
Newark, NJ 07102

## MEMO ENDORSED

November 27, 2019

Alan I. Model
973.848.4740 direct
973.848.4700 main
973.755.0439 fax
amodel@littler.com

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: **DC 9 v. HPA Associates, Inc., et al.**
**Civ. Action No. 19-CV-02441 (KMK)**

Dear Judge Karas:

We represent Defendants in the above-referenced matter. I write on behalf of Defendants to respectfully request an adjournment of the upcoming status conference, currently scheduled for December 3, 2019. Defendants make this request in order to allow the parties to continue to exchange information regarding the underlying audit – the subject of the instant-suit. Plaintiff consents to Defendants' request.

In the event Your Honor grants Defendants' motion, the parties request that the Court adjourn the status conference to a date convenient for the Court on or after, January 17, 2020.

Respectfully submitted,

/s/ Alan I. Model

Alan I. Model

AIM/cc

4839-0885-4446.1 098720.1003

*Granted, but this will be the last such request that is granted. The next conference will be 1/21/20, at 11:30.*

*So Ordered*
*[signature]*
*11/29/19*